36968. CULBERSON v. HARDY et al.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

DECIDED FEBRUARY 3, 1981.

*John E. Sawhill, III,* for appellant.
*John S. Lewis,* for appellees.